UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ADASKAVEG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 22-cv-02300-AMO<br><br>**JUDGMENT** |

Plaintiffs MICHAEL ADASKAVEG and ANN DONLAN ("Plaintiffs") accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 on October 6, 2023.

Accordingly, the Court **ENTERS JUDGMENT** in favor of Plaintiffs in the amount of $150,000 pursuant to the terms of the Rule 68 Offer.

In accepting the offer of judgment, Plaintiffs retained the right to petition the Court for an award of reasonably and actually incurred attorney's fees and costs recoverable pursuant to California Civil Code Section 1794(d). Any such motion **SHALL BE FILED** on or before **November 6, 2023**, in compliance with Civil Local Rule 54-5(a), or the Court will close the case.

**IT IS SO ORDERED.**

Dated: October 23, 2023

                                               **ARACELI MARTÍNEZ-OLGUÍN**
                                               **United States District Judge**